| | |
|---|---|
| RICKY EVANS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WORLD FINANCE )<br>CORPORATION OF GA, )<br>)<br>Defendant. ) | Case No. CV611-061 |

## ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this _11_ day of _Oct_____, 2011.

_____
B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA